Reg No.: SER 60944/2022
Case No.:
DRN.: 145000075335

CSO/ADM/SJ 380/2022

Request for Service of Judicial Documents from: USA (Washington)

Party for Service: WAN FENG TECHNOLOGY & TRADE GROUP CO. LTD.

## AFFIRMATION OF SERVICE

I, Ko Chun Wah, Eric, Bailiff's Assistant of the High Court of Hong Kong, solemnly and sincerely affirm as follows:

1.  I was directed by the Registrar, High Court of Hong Kong to serve the above-named WAN FENG TECHNOLOGY & TRADE GROUP CO. LTD. with the following judicial documents:

    i) Request;
    ii) Summary of the document to be served;
    iii) Certificate (unexecuted);
    iv) SUMMONS IN A CIVIL ACTION (Case No. 2:22-cv-11693-TGB-APP) (with Chinese Translation); and
    v) COMPLAINT AND DEMAND FOR JURY TRIAL (Case No. 2:22-cv-11693) (with Chinese Translation).

2.  I did on Wednesday the 21st day of December 2022 at 11:04 hours call at the address given in the Request for Service, namely, Hong Kong Flat/Rm 01A 10/F Carnival Comm. Bldg., 18 Java Road, North Point, Hong Kong 99907(actually known as Flat 01A, 10/F, Carnival Commercial Building, No. 18 Java Road, North Point, Hong Kong SAR, China) for effecting service of the aforesaid judicial documents. I verily believed that the aforesaid address was the same address as the one stated in the request for service.

3.  On arrival at the aforesaid address, I found that the premises was occupied wholly by one company, namely Topful Consultants Co. Ltd. I revealed my identity and purpose of visit to its Assistant Manager, Miss Tai therein. She told me that the aforesaid address was the registered office address of the Party for Service. Therefore, I served the above-named Wan Feng Technology & Trade Group Co. Ltd. with the aforesaid judicial documents by leaving the same at its registered office, which was situated at Flat 01A, 10/F, Carnival Commercial Building, No. 18 Java Road, North Point, Hong Kong SAR, China.

4.  And I solemnly and sincerely affirm that the contents of this affirmation are true.

_____
(signature of affirmant)

AFFIRMED at the Bailiff Office (Wanchai Tower), 26/F, Wanchai Tower, 12 Harbour Road, Hong Kong, in the Hong Kong Special Administrative Region this 29th day of December 2022.

Before me,

( Wong Siu-hong )
Commissioner for Oaths
Judiciary

Reg No.: SER 60944/2022
Case No.:
DRN.: 145000075335

CSO/ADM/SJ 380/2022

Request for Service of Judicial Documents from USA (Washington)

Judicial Documents to be served on:
WAN FENG TECHNOLOGY & TRADE GROUP CO. LTD.

*********************************************

AFFIRMATION OF Ko Chun Wah, Eric

*********************************************

Dated this 29th day of December 2022
Bailiff Office (Wanchai Tower)
26/F, Wanchai Tower, 12 Harbour Road,
Hong Kong,
Hong Kong Special Administrative Region

## CERTIFICATE (Re : Wan Feng Technology & Trade Group Co. Ltd.)

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

(1) that the document has been served*

— the (date)  21 December 2022.

— at (place, street, number)  Flat 01A, 10/F, Carnival Commercial Building, No. 18 Java Road, North Point, Hong Kong SAR, China.

— in one of the following methods authorised by article 5

(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

(b) in accordance with the following particular method*:

(c) by delivery to the addressee, who accepted it voluntarily*.

The documents referred to in the request have been delivered to :

— (identity and description of person)

— relationship to the addressee (family, business or other):

(2) that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes—

Documents returned

In appropriate case, documents establishing the service  Affirmation of service of Ko Chun Wah, Eric, Bailiff's Assistant dated 29 December 2022.

Done at
Signature and/or stamp,

*Delete if inappropriate.

- 6 JAN 2023