UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Winfield Collection, Ltd.

          Plaintiff(s),                            Case No. 2:22-cv-11693

v.                                                Terrence G. Berg

Foshan Chengxiang Shoes

          Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Wan Feng Technology & Trade Group Co. Ltd. for failure to plead or otherwise defend.

## **AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on December 21, 2022 at Flat 01A, 10/F, Carnival Commercial Building, No. 18 Java Road, North Point, Hong Kong SA by personal service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

March 30, 2023                                    /s/ Dustin R. Zak

                                                      Mark A. Cantor (P32661)
                                                      Rebecca J. Cantor (P76826)
                                                      Dustin R. Zak (P83731)
                                                      1000 Town Center, Twenty-Second Floor
                                                      Southfield, MI 48075
                                                      dzak@brookskushman.com
                                                      Attorneys for Plaintiff