UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Winfield Collection, Limited,

                Plaintiff(s),

v.

Foshan Chengxiang Shoes Co. Ltd., et al.,

                Defendant(s).

Case No. 2:22−cv−11693−TGB−APP
Hon. Terrence G. Berg

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Wan Feng Technology & Trade Group Co. Ltd.

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ L. Granger
Deputy Clerk

Dated:  March 30, 2023